IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, et al., | No. C 07-0725 SI |
| Plaintiffs, | **ORDER STAYING ACTION** |
| v. | |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

On March 30, 2007, defendants filed a "notice of pendency of other action" informing the Court of eleven petitions for review that have been consolidated in the United States Court of Appeals for the Sixth Circuit. Those petitions seek judicial review of the same EPA final rule that plaintiffs seek to have reviewed in this Court. Each of the plaintiffs in this case is a petitioner in one of the Sixth Circuit petitions.

Defendants request that the Court stay further proceedings in this action, except for the filing of defendants' answer, until the Sixth Circuit resolves whether it or this Court has jurisdiction over the requests for judicial review of the final rule. Defendants state that the parties expect that the jurisdictional issue will be presented to the Sixth Circuit by a motion to be filed in mid-April. Defendants also state that plaintiffs concur in the request for a stay.

The Court finds that it is in the interest of judicial efficiency to stay this action until the Sixth Circuit rules on the jurisdictional issue. The stay shall not affect the filing of defendants' answer. If the Sixth Circuit has not issued a ruling by **June 15, 2007**, the parties are directed to file a joint letter

apprising the Court of the status of the consolidated Sixth Circuit petitions.

**IT IS SO ORDERED.**

Dated: April 3, 2007

_____
SUSAN ILLSTON
United States District Judge