**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAYKEEPER, et al.,

    Plaintiffs,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,

    Defendants.

    /

No. C 07-0725 SI

**ORDER TO PROVIDE STATUS REPORT**

On April 3, 2007, this Court granted defendants' request that the Court stay further proceedings in this action, except for the filing of defendants' answer, until the Sixth Circuit resolved jurisdictional issues related to several then-pending petitions for review of the same EPA final rule that plaintiffs seek to have reviewed in this Court.

This Court has not received a status report since December, 2008, when counsel reported that the issues to be decided by the Sixth Circuit had been argued and submitted in April, 2008. **Accordingly, on or before August 12, 2009, the parties are ORDERED to provide a joint status report, providing the status of the Sixth Circuit proceedings and the anticipated timing of further proceedings, if any, in this action.**

    **IT IS SO ORDERED.**

Dated: August 3, 2009

SUSAN ILLSTON
United States District Judge