Charles M. Tebbutt
Law Offices of Charles M. Tebbutt
PO Box 10112
Eugene, OR 97440
Tel:  541-344-8312
Fax: 541-344-0188
charlie.tebbuttlaw@gmail.com

*Attorney for Plaintiffs Baykeeper, et al.*

Alan D. Greenberg
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street – 8th Floor
Denver CO 80294
Tel. 303-844-1366
Fax 303-844-1350
alan.greenberg@usdoj.gov

*Attorney for Defendants
U.S. Environmental Protection Agency
and Stephen L. Johnson*

Judge Illston   Case No. C. 07-0725

UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAYKEEPER; CALIFORNIANS FOR ALTERNATIVES TO TOXICS;  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; ENVIRONMENT MAINE; NATIONAL CENTER FOR CONSERVATION SCIENCE AND POLICY; OREGON WILD; PECONIC BAYKEEPER; SOUNDKEEPER; TOXICS ACTION CENTER; and WATERKEEPER ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES  ENVIRONMENTAL PROTECTION AGENCY and LISA JACKSON, Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. C. 07-0725 SI<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs Baykeeper, Californians for Alternatives to Toxics, California Sportfishing

Protection Alliance, Environment Maine, National Center for Conservation Science and Policy,

Oregon Wild, Peconic Baykeeper, Soundkeeper, Toxics Action Center and Waterkeeper Alliance,

Stipulation of Dismissal                      1           Case No. C. 07-0725 SI

and Defendants United States Environmental Protection Agency and Lisa Jackson (substituted for Stephen L. Johnson), in her official capacity as EPA Administrator, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action without prejudice, each party to bear its own costs and fees.

Dated: January 15, 2010

Respectfully submitted,

 /s/ Charles M. Tebbutt
Charles M. Tebbutt
1216 Lincoln Ave.
Eugene, OR 97201
Tel: 541-359-3239
Fax: 541-485-2457
tebbutt@westernlaw.org

*Attorney for Plaintiffs*
*Baykeeper, et al.*

Ignacia S. Moreno
Assistant Attorney General

   /s/ Alan D. Greenberg
Alan D. Greenberg
Environment and Nat. Resources Division
U.S. Department of Justice
1961 Stout St. - 8th Floor
Denver, Colorado 80294
Tel.: (303) 844-1366; Fax: (303) 844-1350
alan.greenberg@usdoj.gov

*Attorney for Defendants*
*U.S. Environmental Protection Agency*
*and Stephen L. Johnson*



Stipulation of Dismissal  2  Case No. C. 07-0725 SI

## Certificate of Service

I hereby certify that on January 15, 2010, a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

Alan D. Greenberg
alan.greenberg@usdoj.gov

Daniel E. Estrin
destrin@law.pace.edu

Ellison Folk
folk@smwlaw.com

Michael R. Lozeau
mrlozeau@lozeaulaw.com

/s/ Charles M. Tebbutt